

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00525-CV

**IN THE INTEREST OF S.R.H,** a Child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02064
Honorable Kimberly Burley, Judge Presiding

# O R D E R

The reporter's record in this appeal was due November 29, 2021, but it was not filed. On December 6, 2021, this court notified court reporter, Angie R. Jimenez, by letter that she is the court reporter responsible for timely filing the reporter's record, and that the record had not been filed. Our notice required Jimenez to file the record by December 16, 2021, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Jimenez was required to file a notice so advising the court by December 13, 2021. We received no response to our letter.

We **order** the court reporter, Angie R. Jimenez, to file the reporter's records by December 27, 2021. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days). The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.



MICHAEL A. CRUZ, Clerk of Court